The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

July 5, 2021

**Via ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Hidalgo v. Doe Defendant Corp. et al.*
        21-cv-02560 (SDA)

Dear Judge Aaron:

This office represents Plaintiff Manuel Hidalgo ("Plaintiff") in the above captioned matter. Annexed as Exhibit A are the two separate retainer agreements Mr. Hidalgo signed this with this office. Annexed as Exhibit B are the time records.

Respectfully submitted,

Jacob Aronauer
*Attorney for Plaintiff*

cc: **Via ECF**
*All attorneys on record*

# EXHIBIT A

Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

17 de marzo de 2021.

Sr. Manuel Hidalgo

Re:    Manuel Hidalgo empleo con Tavola Restaurant

Estimado Señor Pavon:    Hidalgo

Esto confirmará los términos del acuerdo de retención entre usted y la oficina legal de Jacob Aronauer (La "Firma") en caso citado arriba. Esta carta reemplaza cualquier acuerdo oral o por escrito anteriormente.

## Medida de Representación

Específicamente, usted ha solicitado que la Firma la represente en un litigio o negociar un arreglo para alcanzar a recuperar daños monetarios de su ex empleador, Tavola Restaurant.

La Firma evaluará su caso adonde sea apropiado y hará lo siguiente: (1) Se familiarizará con los hechos del caso, (2) revisará documentos, (3) llevará a cabo una investigación jurídica, (4) preparará cualquier correspondencia que sea necesaria, (5) le mantendrá informado del desarrollo del caso, (6) hablará con el propietario del establecimiento o su representante para discutir el asunto, (7) procesará una demanda por daños y (8) tratará el caso en la corte. Usted entiende que esto es simplemente una lista ilustrativa de acciones que puedan ser necesarias y que en la representación de su caso en particular. La firma puede o no hacer todo lo ilustrado o puede ser que se necesite añadir algo más que no se encuentra en esta lista.

Usted reconoce que la Firma lo está representando únicamente en relación con estas reclamaciones citadas y no en relación con cualquier otro asunto o disputa que pueda tener con el empleador.

## Cuota de Contingencias

Usted reconoce que le han ofrecido la oportunidad de pagar a la Firma por hora por nuestra representación legal, pero rechazó hacerlo. En cambio, nos pidió que representáramos en base a un convenio de honorarios condicionales.

La Firma será responsable de todos los gastos de este litigio. En caso de una recuperación monetaria, pagará a la firma una tarifa de contingencia de 1/3 como compensación por representarlo a usted y a la clase en este litigio, menos los gastos cubiertos por la empresa. Esta tarifa de contingencia se calcula contra cualquier

recuperación que pueda recibir en relación con este caso mediante un acuerdo, sentencia, pago anticipado u otro modo, ya sea que se resuelva o no una parte o la totalidad de sus reclamos.

## Reembolso de Otros Costos

Usted entiende que la Firma puede tener que pagar ciertos costos con el fin de representarlo adecuadamente a usted. Estos gastos incluyen, pero no se limitan a, costos de servir los papeles en la corte, costo de testigos o los testigos expertos, los honorarios de deposición y judiciales transcripciones, servicio de mensajería, correo expreso, viaje, tiempo adicional de secretaria o de oficina, y fotocopias. Usted autoriza a la Empresa a incurrir en estos costos y gastos y para hacer lo necesario en la representación de este caso. Usted se compromete a reembolsar a la firma de todos los gastos incurridos en este caso, en el evento de una recuperación. Sabemos que los clientes están preocupados por los gastos reembolsables y nos tomamos muy en serio nuestra obligación de controlar estos costos.

## Terminación de los Servicios

Usted puede terminar su relación con la Firma, en cualquier momento que desee, por cualquier motivo, siempre que lo haga por escrito entregado a la Empresa a la atención de Jacob Aronauer. Tenemos el derecho de retirarnos como sus abogados en cualquier momento y por cualquier motivo, pero sólo, en nuestro caso, después de dar aviso razonable a usted por escrito entregado a su último domicilio conocido. Además, nuestro retiro de su caso también estaría sujeto a las restricciones éticas impuestas por las reglas éticas aplicables que rigen nuestra conducta profesional.

Si cualquiera de las partes decide rescindir este acuerdo, usted debe entender que aún puede ser responsable de los honorarios y costos incurridos hasta la fecha de terminación. Si se termina este acuerdo, también se compromete a mantener la firma al corriente de los desarrollos futuros en este asunto y en relación con sus reclamaciones en este caso. Usted se compromete a notificar a la firma por escrito de cualquier acuerdo ofrecido a usted antes de que sea aceptada por usted y / o cualquier recuperación monetaria otorgada a usted antes de ser recibida por usted.

Después de que nuestra representación sea concluida, puede solicitar copias de los archivos, para lo cual podemos cobrarle el costo real de las tarifas de transporte aplicables y otros costos de tiempo y gastos, de acuerdo con las Reglas de Ética. Tenga en cuenta sin embargo que, por ley, la empresa puede tener el derecho de ejercer un derecho de retención sobre dichos archivos hasta que haya pagado todos los gastos pendientes y los honorarios debidos a esta firma. Vamos a mantener todos los registros referentes a la recepción, mantenimiento y distribución de los fondos de los clientes durante seis años a partir de la fecha de esta carta. La firma mantendrá el resto de su archivo por un período mínimo de un año, y al final de ese período, la firma tendrá derecho a destruirla.

## Responsabilidades del Abogado y el cliente

Nosotros sólo estaremos proporcionando servicios legales a usted en relación con este compromiso. Usted no está dependiendo de nosotros, y nosotros no vamos a proporcionar ningún consejo con relación a cualquier negocio, seguro, impuestos o la contabilidad de asesoramiento o cualquier investigación del carácter o crédito de personas con las que usted desee contratar. Además, en el caso de una recuperación, tendrá que buscar el consejo de su propio asesor fiscal, porque nuestra Firma no puede proporcionar asesoramiento con relación a impuestos en su caso.

Para que podamos ayudarlo con eficacia y eficiencia, creemos que usted debe participar activamente. Lo mantendremos informado de las novedades relacionadas con sus asuntos legales y consultaremos con usted si es necesario para garantizar la terminación oportuna, eficaz y eficiente de nuestro trabajo. Esperamos que usted nos proporcione la información sobre los hechos que se refiera al asunto y objeto de nuestro compromiso, que usted sea honesto y sincero con nosotros, y usted va a hacer cualquiera y todas las decisiones del negocio o técnicos apropiados. Además, le pedimos que se anime a compartir con nosotros en todo momento sus expectativas y las preocupaciones con respecto a nuestros servicios en todo el transcurso de la representación. Además, usted se compromete a haceros saber de cualquier cambio en su dirección, número de teléfono, número de teléfono celular y dirección de correo electrónico.

Usted puede terminar su relación con la Firma en cualquier momento que desee, por cualquier motivo, siempre que lo haga por escrito y enviándolo a la Empresa a la atención de Jacob Aronauer. Tenemos el derecho de retirarnos como sus abogados en cualquier momento y por cualquier motivo, pero solo, en nuestro caso, después de enviar un aviso razonable a su ultimo domicilio registrado con nosotros. Además, nuestro retiro de su caso también estaría sujeto a las restricciones éticas impuestas por las reglas éticas aplicables que rigen nuestra conducta profesional.

Si cualquiera de las partes decide rescindir este acuerdo, usted debe entender que aún puede ser responsable de los honorarios y costos incurridos hasta la fecha de terminación. Si se termina este acuerdo, también se compromete a mantener la firma al corriente de los desarrollos futuros en este asunto y en relación con sus reclamaciones en este caso. Usted se compromete a notificar a la firma por escrito de cualquier acuerdo ofrecido a usted, antes de que sea aceptada por usted y/o cualquier recuperación monetaria otorgada a usted antes de ser recibida de que la reciba.

Después de que nuestra representación sea concluida, puede solicitar copias de los archivos, para lo cual podríamos cobrarle por los gastos de transporte y otros costos de tiempo y honorarios, de acuerdo con las Reglas de Ética. Tenga en cuenta que, por ley, la Firma podría tener el derecho de ejercer la retención sobre dichos archivos hasta que haya pagado todos los gastos pendientes y los debidos honorarios a esta firma. Vamos a mantener todos los registros referentes a la recepción, mantenimiento y distribución de los fondos de los clientes durante seis años a partir de la fecha de esta carta. La firma mantendrá el resto de sus archivos por un periodo mínimo de un año, y al final de ese periodo, la firma tiene el derecho a destruirlos.

## No Garantía

Nosotros, en todo momento, vamos a actuar en su nombre dando lo mejor de nuestra capacidad. Por favor, tenga en cuenta que cualquier expresión de nuestra parte en relación con el resultado de cualquier asunto, son expresiones de nuestro mejor criterio profesional, pero no son garantías. Usted reconoce que no hay resultados que hayan sido garantizados a usted y que esta carta de compromiso no está basada en ningún tipo de promesas o resultados previos.

## Preservación de Documentos

En el caso de ocurra una acción judicial, es probable que se le pida que proporcione los documentos de descubrimiento o que divulgue los documentos/información que sean potencialmente relevantes para este procedimiento. La obligación de proporcionar la divulgación de documentos conlleva la obligación de preservarlos. Si no se conservan tanto las copias impresas como la información electrónica que se determinen relevante para los litigios pendientes, se pueden obtener varias sanciones, incluida la sanción de un fallo adverso en casos extremos.

Usted debe conservar todos los documentos y datos relevantes relacionados con su empleo. Específicamente, debe tomar medidas necesarias para ver que las fuentes de información relevante estén identificadas y que la información se almacene en un lugar seguro. Esto significa que debe conservar la información en su poder, custodia o control, en la medida en que se relacione con su caso. Por favor llámeme para discutir este tema más a fondo.

En general, la obligación de una parte de proporcionar la divulgación o hacer revelaciones no depende de la forma en que se guarda la información, y abarca tanto la información electrónica como la información en forma más tangible, incluidas las grabaciones de video y las grabaciones en cinta. La retención de documentos en papel (hojas de tiempo, registros telefónicos, notas, notas en el archivo, etc.) es relativamente sencilla. Sin embargo, la retención de información electrónica es más complicada y su importancia se pasa por alto con frecuencia. Es importante que tome los pasos adecuados para asegurarse de que, en la medida en que no se haya destruido de conformidad con las políticas de retención de documentos de rutina, los datos electrónicos (incluidos correos electrónicos y mensajes instantáneos) que puedan ser relevantes no se pierdan, modifiquen, alteren, eliminen o destruyan. (Cualquiera de sus programas o prácticas para la eliminación o sobrescrita de datos debe suspenderse para garantizar que los datos relevantes no se destruyan).

Debe tomar medidas inmediatamente para preservar la evidencia electrónica. Por supuesto, la manera específica en que se asegura la preservación de la evidencia electrónica dependerá de los hechos particulares del caso y de la manera en que almacena y mantiene la información electrónica. Con ese fin, nos gustaría que usted vea si ha mantenido algún archivo electrónico con respecto a su empleo. Si existen archivos electrónicos, debemos establecer un plan para la preservación de dicha evidencia electrónica.

## Conclusión

Le pedimos que revise esta carta detenidamente y si es compatible con su entendimiento de nuestras respectivas responsabilidades, por favor firme abajo y devuelva la copia firmada a mí lo antes posible en el sobre adjunto que ya está estampado y con su dirección.

Adjuntamos a esta carta dos documentos, una "Declaración de Derechos del Cliente" y una "Declaración de Responsabilidades de los clientes." Estos documentos establecen las obligaciones entre los abogados y sus clientes en el estado de Nueva York. En el caso de que usted no cumpla con sus obligaciones según lo establecido en la "Declaración de Responsabilidades de los clientes ", reservamos el derecho de terminar este acuerdo y retirar representación.

Esperamos con interés trabajar con usted. Por favor llámeme si tiene alguna pregunta acerca de cualquier cosa que se encuentre en esta carta o cualquier otro aspecto de nuestros compromisos.

Si lo anterior es aceptable para usted, por favor firme en el espacio proporcionado a continuación y devuelva una copia firmada a mi atención en la dirección de arriba.

La Oficina Legal de Jacob Aronauer

Por: _____

Jacob Aronauer

**RECONOCIDO Y ACORDADO:**

He leído la carta y lo entiendo. Reconozco que he tenido la oportunidad de reflexionar sobre el contenido de esta carta de compromiso y que estoy de acuerdo con sus términos y condiciones.

Fecha: _____, 2021

Firma: _Manuel Hidalgo_

Nombre: _Manuel Hidalgo_

## Declaración de Responsabilidades del Cliente.

Section 1210.1 of the Joint Rules of the Appellate Division amended April 15, 2013
(22 NYCRR §1210.1)

1. Se espera que el cliente trate al abogado y al personal del abogado con cortesía y consideración.
2. La relación del cliente con el abogado debe ser una relación de absoluta franqueza y el abogado debe ser informado de todos los hechos y circunstancias del caso que esté siendo manejado por el abogado, incluso si el cliente cree que tales hechos pueden resultar perjudiciales para el caso del cliente o poco favorables para el cliente.
3. El cliente debe cumplir el acuerdo relativo a honorarios que haya acordado con el abogado, de conformidad con la ley.
4. Todas las facturas por servicios prestados que le sean proporcionadas al cliente de conformidad con lo estipulado en el acuerdo relativo a honorarios deberían ser pagadas con prontitud.
5. El cliente puede retirarse de la relación abogado-cliente, sujeto a los compromisos financieros del acuerdo relativo a honorarios acordado y, en ciertas circunstancias, sujeto a la aprobación de la corte.
6. Aun cuando el cliente debería esperar que su correspondencia, llamadas telefónicas y demás comunicaciones sean contestadas dentro de un periodo de tiempo razonable, el cliente debería reconocer que el abogado tiene otros clientes que exigen por igual el tiempo y la atención del abogado.
7. El cliente debería mantenerse en contacto con el abogado, notificar con prontitud al abogado cualquier cambio en su número de teléfono o dirección, y contestar con prontitud a las solicitudes efectuadas por un abogado por lo que respecta a información y cooperación
8. El cliente debe ser consciente de que el abogado solo necesita respetar los objetivos legítimos del cliente y que el abogado no defenderá ni propondrá posiciones que no sean profesionales o que sean contrarias a la ley o el Código de Responsabilidad Profesional del Abogado.
9. Puede que el abogado no sea capaz de aceptar un caso si el abogado tiene compromisos profesionales previos que den como resultado la disponibilidad de un tiempo inadecuado para la representación apropiada de un nuevo cliente.
10. El abogado no tiene ninguna obligación de aceptar a un cliente si el abogado determina que el caso del cliente carece de fundamento, que se produciría un conflicto de interés o que no es probable una relación de trabajo adecuada con el cliente.

## Declaración de Los Derechos De Los Clientes
(Como ha sido adoptados por la Barra Administrativa de la Corte)

1. Usted tiene el derecho a que todo el tiempo sea tratado con cortesía y con respeto por su abogado, y por todos los empleados en la oficina de su abogado.
2. Usted tiene el derecho a que su abogado esté capacitado para manejar sus asuntos legales de una forma competente y diligente de acuerdo con los más altos niveles establecidos de servicio profesional. Si usted no está satisfecho con la forma en que su abogado está manejando su caso, usted tiene el derecho en cualquier momento de anular la relación de cliente-abogado (el apruebo de la corte puede ser necesario en ciertos casos o en casos donde su abogado ha puesto una demanda en contra suya por el valor de los servicios que se hayan proveído hasta el punto en que se anuló la relación de cliente-abogado).
3. Usted tiene el derecho a que el consejo de su abogado sea independiente, profesional y juicioso, y a tener la lealtad de su abogado libre de cualquier conflicto de interés.
4. Usted tiene el derecho a que se le cobre un honorario razonable y a que su abogado le explique desde un principio como se va a determinar un cargo y en que forma y con que frecuencia se le enviarán las facturas de cobro. Usted tiene el derecho de pedir y de recibir una factura detallada de su cuenta a intervalos razonables. Usted puede rehusarse a aceptar cualquier arreglo financiero que le parezca inadecuado. En el caso de que se disputen ciertos cargos, usted tiene el derecho de solicitar mediación; su abogado le proveerá con la información necesaria acerca del arbitraje en el caso de que exista una disputa, o en caso de que usted la solicite.
5. Usted tiene el derecho a que sus preguntas o asuntos sean manejados con prontitud, y a que sus llamadas telefónicas sean devueltas con rapidez.
6. Usted tiene el derecho a que se le mantenga informado acerca del estado de su caso y a pedir y a recibir copias de documentos relacionados con su caso. Usted tiene el derecho a recibir suficiente información acerca de lo que está aconteciendo para que usted pueda participar de una forma productiva en el desarrollo de su asunto legal.
7. Usted tiene el derecho a que su abogado respete los objetivos legales de su caso, incluyendo si su demanda se vaya o no se vaya a satisfacer con un acuerdo extrajudicial (en ciertos casos, si se va a declarar un acuerdo extrajudicial es necesario que sea aprobado por la corte).
8. Usted tiene el derecho a que sus asuntos privados sean tratados de una forma confidencial y respetuosa, y a que sus secretos y confidencias sean preservadas al extremo permitido por ley.
9. Usted tiene el derecho al comportamiento ético de su abogado en todos los aspectos referentes a sus asuntos y de acuerdo con el Código de Responsabilidad Profesional de Abogacía.
10. Usted tiene el derecho a ser representado legalmente, y no se le puede negar o rehusar representación legal basada en su raza, credo, color, edad, religión, sexo, orientación sexual, su origen nacional o por estar deshabilitado.

Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

March 17, 2021.

**Via E-mail**
Mr. Manuel Hidalgo

Re:   Manuel Hidalgo's employment with Tavola Restaurant

Dear Mr. Hidalgo:

This will confirm the terms of the retainer agreement between you and the Law Offices of Jacob Aronauer ("the Firm") in the above-referenced matter. This letter supersedes any earlier oral or written agreements.

**Scope of Representation**

Specifically, you have asked the Firm to recover the unpaid wages of employment with your employer, Tavola Restaurant.

The Firm will evaluate your case and will, where appropriate: (1) become familiar with the facts of the case, (2) review documents, (3) perform legal research, (4) draft correspondence, (5) keep you apprised of developments, and (6) speak to the Company or its representative to discuss the matter. You understand that this is merely an illustrative list of possible actions that we may perform and that in your particular representation the Firm might not do everything illustrated or might do something not illustrated.

You acknowledge that the Firm is representing you solely in connection with the above-referenced claims and not in connection with any other matter or dispute you may have with the Company Employer.

**Contingency Fee**

You acknowledge that you have been offered the opportunity to pay the firm on an hourly basis for our legal representation but declined to do so. Instead, you asked for us to represent you on a hybrid contingency basis.

The Firm will be responsible for all the expenses for the above reference-matter. In the event of a pure monetary recovery, you will pay the firm a contingency fee of 1/3 as compensation for representing you in the matter minus the expenses covered for the firm. This contingency fee is calculated against any recovery you may receive in

connection with the matter by way of a settlement, judgment, prepayment or otherwise, whether or not you resolve any or all portions of your claims.

## Reimbursement of Other Costs

You understand that the Firm may have to pay certain costs in order to properly represent you. Such expenses include, but are not limited to, filing fees, witness or expert fees, deposition and court transcripts, messenger service, express mail, travel and photocopying. You authorize the Firm to incur these costs and expenses and to make any necessary disbursements therefore. You agree to reimburse the firm for all out of pocket costs incurred in the event that there is a recovery. We know that clients are concerned about reimbursable expenses and we take seriously our obligation to control these costs.

## Termination of Services

You may terminate your relationship with the Firm at any time you wish, for any reason whatsoever, provided you do so in writing delivered to the Firm to the attention of Jacob Aronauer. We have the right to withdraw as your attorneys at any time and for any reason whatsoever, but only, in our case, after giving reasonable notice to you in writing delivered to your last known home address. In addition, any such withdrawal by us would also be subject to the ethical restrictions imposed by the applicable Ethical Rules that govern our professional conduct. If this agreement is terminated by any party, you agree to that you will still be liable for fees and costs incurred until the date of the termination.

If this agreement is terminated by either party you understand that you may still be liable for fees and costs incurred until the date of termination. If this agreement is terminated, you also agree to keep the firm apprised of future developments in this matter and concerning your claims in this matter. You agree to notify the Firm in writing of any settlement offered to you before it is accepted by you and/or any monetary recovery awarded to you before it is received by you.

After our representation is concluded, you may request copies of your files, for which we may charge you the actual cost of any applicable transportation fees and other costs for time and expenses, subject to the Rules of Ethics. Please be advised however that, by law, the Firm may have the right to exercise a retaining lien on such files until you have paid all outstanding costs and fees owed to this Firm. We will maintain all records concerning the receipt, maintenance and distribution of client funds for six years from the date of this letter. The rest of your file will be kept by the Firm for a minimum period of one year, and at the end of that period the Firm shall have the right to destroy it.

## Responsibilities of Attorney and Client

We will only be providing legal services to you in connection with this engagement. You are not relying on us for, and we are not providing, any business, insurance, tax or accounting advice or any investigation of the character or credit of

2

persons with whom you may be dealing. Furthermore, in the event of a recovery, you will need to seek the advice of your own tax counsel, as our Firm cannot provide tax advice to you.

In order for us to effectively and efficiently assist you, we believe you should be actively involved. We will keep you informed of developments regarding your legal matters and will consult with you as necessary to ensure the timely, effective and efficient completion of our work. We expect that you will provide us with the factual information you have which relates to the subject matter of our engagement, that you will be honest and truthful with us, and that you will make any and all appropriate business or technical decisions. In addition, we encourage you to share with us at all times your expectations and any concerns regarding our services throughout the course of the representation. Furthermore, you agree to advise us of any changes to your address, telephone number, cell phone number, and e-mail address.

## No Guarantee

We will, at all times, act on your behalf to the best of our ability. Please be advised that any expressions on our part concerning the outcome of any matters are expressions of our best professional judgment, but are not guarantees. You recognize that no results have been guaranteed to you and that this engagement letter is not based upon any such promises or anticipated results.

## Document Preservation

In the event of a court action, you will likely be required to provide document discovery or make disclosures of documents/information that are potentially relevant to this proceeding. The obligation to provide discovery of documents carries with it the obligation to preserve it. Failure to preserve both hard copies and electronic information that is later determined to be of potential relevance to pending litigation may result in a range of sanctions, including in extreme cases the sanction of an adverse judgment.

Here, you must preserve all relevant documents and data pertaining to your employment. Specifically, you must take reasonable steps to see that sources of relevant information are identified and the information is stored in a safe place. This means that you are required to preserve the information in your possession, custody or control, to the extent it relates to your case. Please call me to discuss this issue further.

In general, a party's obligation to provide discovery or make disclosures does not depend on the form in which the information is kept, and encompasses both electronic information and information that is in a more tangible form, including video recordings and tape recordings. The retention of paper documents (time sheets, telephone logs, notes, memos to the file, etc.) is relatively straightforward. However, the retention of electronic information is more complicated and its importance is frequently overlooked. It is important that you take appropriate steps to ensure that, to the extent not already destroyed pursuant to routine document retention policies, electronic data (including e-

3

mails and instant messages) that may be relevant is not lost, modified, altered, deleted or destroyed. (Any of your programs or practices for deletion or overwriting of data should be suspended to ensure that relevant data is not destroyed).

You should take steps immediately to preserve electronic evidence. Of course, the specific manner in which you ensure the preservation of electronic evidence will depend on the particular facts of the case and the manner in which you store and maintain electronic information. Towards that end, we would like you to see if you have maintained any electronic files regarding your employment. If electronic files exist, we must establish a plan for the preservation of such electronic evidence.

## Conclusion

We request that you review this letter carefully and, if it is consistent with your understanding of our respective responsibilities, please sign below and return the signed copy to me at your earliest convenience in the enclosed self-addressed stamped envelope.

Attached to this letter please find two documents, one entitled "Declaration of the Client's Rights" and another entitled "Declaration of the Client's Responsibilities". These documents establish the obligations between the lawyers and the clients in the state of New York. In the case that you do not oblige with the obligations outlined in the Declaration of Client Responsibilities, we reserve the right to terminate our agreement with you and to retract our representation.

We look forward to working with you. Please call me if you have any questions concerning anything outlined in this letter or any other aspect of our engagement.

If the foregoing is acceptable to you, please sign in the space provided below and return the signed copy to my attention at the address above.

THE LAW OFFICES OF JACOB ARONAUER
By: _____
        Jacob Aronauer

ACKNOWLEDGED AND AGREED:

I have read the foregoing letter and I understand it. I acknowledge that I have had the opportunity to reflect upon the contents of this engagement letter and that I agree with its terms and conditions.

Dated: _3/17/2021_ , 2021

Signature: _Manuel Hidalgo_

Print Name: _Manuel Hidalgo_

## Statement of Client's Rights
Section 1210.1 of the Joint Rules of the Appellate Division amended April 15, 2013
(22 NYCRR §1210.1)

1. You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and non-lawyer personnel in your lawyer's office.

2. You are entitled to have your attorney handle your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to discharge your attorney and terminate the attorney/client relationship at any time. (Court approval may be required in some matters, and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge.

3. You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.

4. You are entitled to be charged reasonable fees and expenses and to have your lawyer explain before or within a reasonable time after commencement of the representation how the fees and expenses will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any arrangement for fees and expenses that you find unsatisfactory. In the event of a fee dispute, you may have the right to seek arbitration; your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

5. You are entitled to have your questions and concerns addressed promptly and to receive a prompt reply to your letters, telephone calls, emails, faxes, and other communications.

6. You are entitled to be kept reasonably informed as to the status of your matter and are entitled to have your attorney promptly comply with your reasonable requests for information, including your requests for copies of papers relevant to the matter. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter and make informed decisions regarding the representation.

7. You are entitled to have your legitimate objectives respected by your attorney. In particular, the decision of whether to settle your matter is yours and not your lawyer's. (Court approval of a settlement is required in some matters.)

8. You have the right to privacy in your communications with your lawyer and to have your confidential information preserved by your lawyer to the extent required by law.

9. You are entitled to have your attorney conduct himself or herself ethically in accordance with the New York Rules of Professional Conduct.

10. You may not be refused representation on the basis of race, creed, color, religion, sex,

5

Case 1:21-cv-02560-SDA   Document 20   Filed 07/05/21   Page 15 of 19

sexual orientation, age, national origin or disability.


## Statement of Client's Responsibilities

(Informational Statement Adopted by the New York State Bar Association)

1. The client is expected to treat the lawyer and the lawyer's staff with courtesy and consideration.

2. The client's relationship with the lawyer should be one of complete candor and the client should apprise the lawyer of all facts or circumstances of the matter being handled by the lawyer even if the client believes that those facts may be detrimental to the client's cause or unflattering to the client.

3. The client must honor the fee arrangement as agreed to with the lawyer to the extent required by law.

4. All bills tendered to the client for services rendered pursuant to the agreed upon arrangement regarding fees and expenses should be paid when due.

5. A client who discharges the attorney and terminates the attorney-client relationship must nevertheless honor financial commitments under the agreed to arrangement regarding fees and expenses to the extent required by law.

6. Although the client should expect that his or her letters, telephone calls, emails, faxes, and other communications to the lawyer will be answered within a reasonable time, the client should recognize that the lawyer has other clients who may be equally deserving of the lawyer's time and attention.

7. The client should maintain contact with the lawyer, promptly notify the lawyer of any change in telephone number, address, email, or other electronic contact information, and respond promptly to a request by the lawyer for information and cooperation.

8. The client must realize that the lawyer is required to respect only legitimate objectives of the client and that the lawyer will not advocate or propose positions that are unprofessional or contrary to law or the New York Rules of Professional Conduct.

9. The lawyer may decline to accept a matter if the lawyer has previous personal or professional commitments that will prohibit the lawyer from devoting adequate time to representing the client competently and diligently.

10. A lawyer is under no obligation to accept a client if the lawyer determines that the cause of the client is without merit, a conflict of interest would exist or a suitable working relationship with the client is not likely.

# EXHIBIT B

# Law Offices of Jacob Aronauer

225 Broadway, 3rd Floor
New York, New York 10007
Phone: (212) 323-6980

# INVOICE

Invoice # 169
Date: 07/05/2021
Due On: 08/04/2021

Manuel Hidalgo
Tavola Restaurant
52-06 108th st.
corona, NY 11368

## 00335-Hidalgo

## Hidalgo, Manuel vs Tavola Restaurant et al.

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 03/18/2021 | Paralegal Fees - Nicole: initial meeting with Manuel. He signed our retainer. | 1.60 | $125.00 | $200.00 |
| Service | 03/18/2021 | Attorney Fees: Meet with client and perform research on defendant. | 1.60 | $400.00 | $640.00 |
| Service | 03/24/2021 | Paralegal Fees - Sian: reviewed and revised damages spreadsheet | 0.17 | $125.00 | $21.25 |
| Service | 03/24/2021 | Paralegal Fees - Corey: initial research into Defendants and spreadsheet. | 1.40 | $125.00 | $175.00 |
| Service | 03/24/2021 | Paralegal Fees - Corey: continue to draft damages spreadsheet | 0.67 | $125.00 | $83.75 |
| Service | 03/24/2021 | Paralegal Fees - Corey: drafting complaint | 1.90 | $125.00 | $237.50 |
| Service | 03/24/2021 | Paralegal Fees - Corey: Reviewing damages spreadsheet and complaint, and phone call with Sian about spreadsheet review | 1.17 | $125.00 | $146.25 |
| Service | 03/25/2021 | Attorney Fees: Review complaint, spreadsheets, draft summons and civil cover sheet. File complaint. | 1.40 | $400.00 | $560.00 |
| Service | 04/21/2021 | Paralegal Fees - Sian: revised damages spreadsheet | 0.17 | $125.00 | $21.25 |
| Service | 04/29/2021 | Paralegal fees - Maria: Informed client about defendant's offer | 0.05 | $125.00 | $6.25 |
| Service | 04/29/2021 | Attorney Fees: Settlement call with opposing counsel. | 0.25 | $400.00 | $100.00 |
| Service | 05/11/2021 | Informed Client that defendant made an offer | 0.06 | $125.00 | $7.50 |
| Service | 05/11/2021 | Attorney Fees: Discuss settlement offer with client. | 0.10 | $400.00 | $40.00 |
| Service | 05/12/2021 | Paralegal fees - Maria: Informed the client of the defendant's offer. It was rejected | 0.03 | $125.00 | $3.75 |

| Service | 05/13/2021 | Paralegal fees - Maria: Scanned and saved in the H-drive the payrolls provided by the defendant. | 0.18 | $125.00 | $22.50 |
| Service | 05/18/2021 | Paralegal Fees - Sian: created damages spreadsheet based on Defendants' records | 1.17 | $125.00 | $146.25 |
| Service | 05/24/2021 | Attorney Fees: letter requesting mediation. | 0.10 | $400.00 | $40.00 |
| Service | 06/08/2021 | Paralegal fees - Maria: Discussion with client about tip credit issues. | 0.18 | $125.00 | $22.50 |
| Service | 06/08/2021 | Saved in the H drive the documents provided by the client | 0.08 | $125.00 | $10.00 |
| Service | 06/10/2021 | Paralegal fees - Maria: Called the client to know more about his schedule and duties during the pandemic | 0.19 | $125.00 | $23.75 |
| Service | 06/21/2021 | Attorney Fees: Settlement call with opposing counsel. | 0.10 | $400.00 | $40.00 |
| Service | 06/23/2021 | Attorney Fees: Draft settlement agreement | 1.80 | $400.00 | $720.00 |
| Service | 06/24/2021 | Paralegal fees - Maria: Translated Settlement agreement | 0.25 | $125.00 | $31.25 |
| Service | 06/25/2021 | Attorney Fees: Draft stip for Magistrate. | 0.10 | $400.00 | $40.00 |
| Service | 07/01/2021 | Paralegal Fees - Corey: drafted Cheeks letter | 3.57 | $125.00 | $446.25 |
| Service | 07/03/2021 | Paralegal Fees - Sian: line edited settlement approval letter. | 0.83 | $125.00 | $103.75 |
| Service | 07/03/2021 | Attorney Fees: Edits to Cheeks approval letter. | 1.20 | $400.00 | $480.00 |
| Service | 07/04/2021 | Attorney Fees: Final review and put together documents for settlement approval. | 0.25 | $400.00 | $100.00 |

Total  $4,468.75

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 169 | 08/04/2021 | $4,468.75 | $0.00 | $4,468.75 |
| | | | Outstanding Balance | $4,468.75 |
| | | | Total Amount Outstanding | $4,468.75 |

Please make all amounts payable to: Law Offices of Jacob Aronauer

Invoice # 169 - 07/05/2021

Please pay within 30 days.